IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:  LUDIVINA MARTINEZ-ARGUELLES | § § | CASE NO. 19-30436-H4-13 |
| Debtor(s) | § § | Chapter 13 |

**RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

**Ludivina Martinez-Arguelles,** Debtor, files this Response to the Chapter 13 Trustee's Motion to Dismiss:

1. Debtor desires to continue with the chapter 13 plan.

2. Debtor's counsel has provided the chapter 13 trustee with the tax appraisals for all real properties.

3. Debtor desires a hearing on the Motion to Dismiss.

WHEREFORE, Debtor requests that this Court conduct a hearing, not dismiss the chapter 13 case, and for such other and further relief to which Debtor may be justly entitled.

March 26, 2019

Respectfully submitted,

*/s/Nikie Marie Lopez-Pagan*
Reese W. Baker
Texas Bar No. 01587700
Sonya Kapp
TX Bar No. 11095395
**Nikie Marie Lopez-Pagan**
TX Bar No. 3147993
Baker & Associates
950 Echo Lane, Suite 200
Houston, Texas 77024
713-869-9200
713-869-9100 (fax)
ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

A copy of the foregoing Debtor's Response to the Motion to Dismiss was delivered on or about March 26, 2019, to all parties listed below in the manner listed below:

| | |
|---|---|
| David G. Peake<br>9660 Hillcroft, Ste 430<br>Houston, Tx 77096 | CMF/ECF ELECTRONIC DELIVERY |

*/s/Nikie Marie Lopez-Pagan*
**Nikie Marie Lopez-Pagan**

## VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE

The undersigned attorney, under penalty of perjury, hereby certifies that a copy of Debtor's Response to the Motion to Dismiss was delivered to the United States Trustee, 515 Rusk, Suite 3516, Houston, Texas 77002, on or about March 26, 2019, by CM/ECF electronic delivery.

*/s/Nikie Marie Lopez-Pagan*
**Nikie Marie Lopez-Pagan**