**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



| | | |
|---|---|---|
| In Re: | Ludivina Martinez<br>Debtor | Case No.: 19–30436<br>Chapter: 13 |

**ENTERED**
**04/15/2019**

### ORDER RESETTING DISMISSAL

The chapter 13 trustee's motion to dismiss is continued until **5/2/19** at **01:30 PM.**

Signed and Entered on Docket: 4/15/19

_____
JEFF BOHM
United States Bankruptcy Judge